UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| JOSE LUIS GONZALEZ-GONZALEZ, | ) | |
| | ) | Civil Action No. 2:24-cv-00189-SCM |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN WOLFE, et al. | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Jose Luis Gonzalez-Gonzalez, through counsel, recently filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Dkt. 1]. Gonzalez-Gonzalez claims that he is being improperly detained by United States Immigration and Customs Enforcement at the Boone County Jail located in Burlington, Kentucky. [Dkt. 1 at 4]. Among other things, Gonzalez-Gonzalez requests that this Court order his immediate release. [Dkt. 1 at 14-15].

Having reviewed Gonzalez-Gonzalez's Petition pursuant to 28 U.S.C. § 2243, the undersigned concludes that further briefing is required to adjudicate his claims. Thus, the Court will require the Respondents to respond to Gonzalez-Gonzalez's pleading within 14 days.[1]

Accordingly, **IT IS ORDERED** as follows:

1) The Clerk of the Court is directed to send a copy of Gonzalez-Gonzalez's Petition [Dkt. 1] and this Order to both (a) the United States Attorney's Office for the Eastern District of Kentucky, and (b) Jason Maydak, Jailer at the Boone County Jail.

---

[1] District Judges in this District have required responses to similar Petitions within a similar timeframe. *See Ramirez Sanchez v. Jailer Jason Maydak, et al.*, Civil Action No. 2:25-142-SCM, Dkt. 7 (Reeves, J.). Upon good cause shown, Respondents may move for a brief period of additional time to respond to Gonzalez-Gonzalez's Petition.

2) **Within 14 days from the entry of this Order**, the United States Attorney's Office for the Eastern District of Kentucky and Jason Maydak are directed to file a response to Gonzalez-Gonzalez's pleading. The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the pleading. Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings. The Respondents also should attach any relevant documentary evidence to the response brief.

3) Once the Respondents file their response(s), the Petitioner may file a reply **within 14 days**. The Court will then further consider the Petition and enter any appropriate Orders.

Signed this 20th day of November, 2025.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky